IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-0351-02-CR-W-GAF |
| | ) | |
| MICHAEL H. CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant Michael H. Carter's Motion in Limine or in the Alternative Motion for Severance or in the Alternative Motion to Give Limiting Instruction to the Jury (Doc. #79).

On December 7, 2011, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation (Doc. #96).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion in Limine or in the Alternative Motion for Severance or in the Alternative Motion to Give Limiting Instruction to the Jury (Doc. #79) is GRANTED IN PART AND DENIED IN PART.

SO ORDERED.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: December 21, 2011